

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Roland Boyd
County Attorney
Collin County
McKinney, Texas

Dear Sir:

Opinion No. O-2629
Re: Can the commissioners' court legally make a contribution to the Collin County Free Fair Association to help defray expenses of livestock and horticultural exhibits in connection with said fair?

Your recent request for an opinion of this Department on the above stated question has been received.

Article 2372d, Vernon's Annotated Civil Statutes, reads in part as follows:

"Section 1. All counties in the State acting by and through their respective Commissioners' Courts may provide for annual exhibits of horticultural and agricultural products, livestock and mineral products, and such other products as are of interest to the community. In connection therewith, such counties may also establish and maintain museums, including the erection of the necessary buildings and other improvements, in their own counties or in any other county or city in the United States, where fairs or expositions are being held.

"Section 2. The Commissioners' Courts of the respective counties or the Commissioners' Courts of

Honorable Roland Boyd, Page 2

several counties may cooperate with each other and participate with local interests in providing for the erection of such buildings and other improvements as may be necessary to accomplish the purpose mentioned in Section 1, of this Act and for the assembling, erecting and maintaining of such horticultural and agricultural, livestock and mineral exhibits, and the expenses incident thereto.

"Section 3. All incorporated cities, water improvement districts may cooperate with the Commissioners' Courts of such counties for the purposes stated in Section 1, and Section 2 of this Act and appropriate monies in providing for such exhibits, establishing and maintaining such museums, and in the erection of such buildings and improvements, and the assembling, erecting and maintaining of such horticultural, agricultural, livestock and mineral exhibits."

Sections 51 and 52, Article III, of the State Constitution read in part as follows:

"Section 51. The Legislature shall have no power to make any grant or authorize the making of any grant of public moneys to any individual, association of individuals, municipal or other corporations whatsoever. . . ."

"Section 52. The Legislature shall have no power to authorize any county, city or town or other political corporation or subdivision of the State to lend its credit or to grant public money or thing of value (value) in aid of, or to any individual, association or corporation whatsoever. . . ."

The provisions of the Constitution above quoted specifically prohibit the commissioners' court from making a donation or contribution to any association such as the Collin County Free Fair Association. It is to be noted that Section 1 of Article 2372d, supra, provides that the various commissioners' courts may provide for an annual exhibit of horticultural and agricultural products, live stock and mineral products and such other products as are of interest to the community. However, this

Honorable Roland Boyd, Page 3

statute does not authorize the commissioners' court to make a donation or contribution to any individual, association, or corporation whatsoever. We are of the opinion that a contribution or donation by the commissioners' court as above mentioned to the Collin County Free Fair Association is prohibited by the provisions of the Constitution heretofore mentioned. Therefore, your question is respectfully answered in the negative.

Trusting that the foregoing fully answers your inquiry, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Ardell Williams
Assistant

APPROVED AUG 22, 1940

FIRST ASSISTANT
ATTORNEY GENERAL

AW:BBB

